IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| President Donald J. Trump<br>Arsenio Manansala<br><br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-against-<br>PMG Megan J. Brennan<br>U.S. Postal Services<br><br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Complaint for a Civil Case<br><br>Case No. 2:19-cv-00301-DCN-MGB<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:  ☐ Yes  ☒ No<br>*(check one)* |

RECEIVED
USDC CLERK, CHARLESTON, SC
2019 FEB -1  PM 12: 22

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: President Donald J. Trump
Street Address: The White House
City and County: 1600 Pennsylvania Ave. NW
State and Zip Code: Washington, D.C. 20500
Telephone Number: 202-456-1414

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Megan Brennan
Job or Title (if known): PMG
Street Address: 475 L'Enfant Plaza South West
City and County:
State and Zip Code: Washington D.C. 20260
Telephone Number:

Defendant No. 2
Name: United States Postal Inspection Services
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 3
Name:

Arsenio Manansala
_____

Plaintiff

183 Mayfield Dr
Goosecreek, SC. 29445

God.Soldiers.008@gmail.com

843-751-0036

|                              |   |
|------------------------------|---|
| Job or Title (if known)      |   |
| Street Address               |   |
| City and County              |   |
| State and Zip Code           |   |
| Telephone Number             |   |

Defendant No. 4

|                              |   |
|------------------------------|---|
| Name                         |   |
| Job or Title (if known)      |   |
| Street Address               |   |
| City and County              |   |
| State and Zip Code           |   |
| Telephone Number             |   |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Constitutional Tort
Mail Fraud (Federal Crime)
Federal Intentional Tort
Federal intentional infliction of Emotional distress
Violation of 3 Employment Rights
Violation of Electronic Communication privacy act
Malicious Intimidation and Harassment relating

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mr. President Donald J. Trump legitimate reason to privatize the United States Postal Services. Corrupt Postal Manager and Postal Inspector Betrayed the whole idea of Mr. Benjamin Franklin. United States Post OFFICE is Destroyed because of Corruption. U.S. Postal Inspection Services one of the purpose they were designed for is to protect the safety of employee not to support and protect the abominable deeds of corrupt upper management that they practices

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Corrupt Postal Manager stop the Harm. Break the cycle of Discrimination at the Post OFFICE. Misery and Degradation Focus on the ISSUES instead Mr. President Donald J. Trump ATTENTION

$10 TRILLIONS

5

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-1, 2019

Signature of Plaintiff
Printed Name of Plaintiff    Arsenio Manansala

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
Telephone Number
E-mail Address

6